# Court of Appeals
# of the State of Georgia

ATLANTA,     August 06, 2015

*The Court of Appeals hereby passes the following order:*

## A15I0255. BRIONA KOGEL v. CHRISTOFOR KOGEL.

Christofor Kogel petitioned to divorce Briona Kogel. In connection with divorce proceedings, the trial court entered a temporary order awarding custody of the couple's minor child to Christofor Kogel. Briona Kogel – who had relocated with the child to Texas – filed a motion to vacate, arguing that the court lacked jurisdiction to make a custody determination under the Uniform Child Custody Jurisdiction and Enforcement Act. See OCGA § 19-9-40 et seq. The trial court denied the motion to vacate, found Briona Kogel in contempt, and ordered her to return the child to Christofor Kogel. Briona Kogel filed this application for interlocutory appeal.

Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders" are directly appealable. The order in this case is thus subject to direct appeal. See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486, n. 1 (602 SE2d 246) (2004). Accordingly, Briona Kogel's application for interlocutory appeal is hereby GRANTED. She shall have ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the superior court is directed to

include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,*＿＿＿08/06/2015＿＿＿
　　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *, Clerk.*